UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW C. JAMES,<br><br>       Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>       Defendant. | Case No. 1:18-cv-01265-JDP<br><br>ORDER GRANTING MOTION TO<br>PROCEED IN FORMA PAUPERIS<br><br>(Doc. No. 2.) |

Plaintiff Matthew C. James proceeds in this social security appeal represented by counsel. He moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. No. 2.) Plaintiff has submitted a declaration stating his financial circumstances. (*Id*.) In his declaration, plaintiff left his gross pay and wages blank, but he states under penalty of perjury that he cannot "pay the costs of these proceedings." (*See id*. at 1.) The court finds that plaintiff's declaration satisfies the requirements under § 1915. The court will therefore grant plaintiff's motion to proceed *in forma pauperis*. The court will also direct a United States Marshal to serve defendant Commissioner of Social Security. *See* Fed. R. Civ. P. 4(c)(3).

**Order**

    a. Plaintiff's motion for leave to proceed *in forma pauperis* is granted.

    b. The court orders service of process on defendant:

        i. The clerk must issue summons.

        ii. The United States Marshal Service must serve a copy of the complaint, summons, and this order on defendant.

iii.  Plaintiff must assist the marshal upon request.

iv.  The United States will advance all costs of service.

IT IS SO ORDERED.

Dated:   September 19, 2018

_____
UNITED STATES MAGISTRATE JUDGE