UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW C. JAMES, | ) Civil No. 1:18-cv-01265-JDP |
| Plaintiff, | ) STIPULATION FOR VOLUNTARY |
| v. | ) REMAND PURSUANT TO SENTENCE ) FOUR OF 42 U.S.C. § 405(g) |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

1

Stipulation for Voluntary Remand

     Upon remand to the defendant, the Appeals Council will remand this case to an Administrative Law Judge with instructions to reevaluate the medical evidence. In particular, the ALJ shall reconsider Plaintiff's mental health impairments and document the application of the special technique for evaluating mental impairments. The ALJ shall then proceed with the remaining steps of the sequential evaluation process, reassess Plaintiff's residual functional capacity, and as necessary, obtain additional vocational expert testimony.

                                              Respectfully submitted,

Date: *December 19, 2019*       By:   */s/ Matthew C. James\**
                                                    MATTHEW C. JAMES
                                                    *\*Authorized by email on December 19, 2019*
                                                    Attorney for Plaintiff

Date: *December 19, 2019*                  McGregor W. Scott
                                                    United States Attorney

                                         By:   */s/ Michael K. Marriott*
                                                    MICHAEL K. MARRIOTT
                                                    Special Assistant United States Attorney
                                                    Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

As stipulated, this case is remanded to the Administrative Law Judge so that the medical evidence may be re-evaluated. The clerk is directed to enter judgment in favor of plaintiff and to close this case.

IT IS SO ORDERED.

Dated:     January 13, 2020                                    _____
                                                                UNITED STATES MAGISTRATE JUDGE

No. 204.